Because the trial court's first dismissal order was appealable, petitioners' first appeal was properly before the Court of Appeals. That court's decision in the matter became final and non-reviewable when petitioners failed to petition this Court for review. Furthermore, once petitioners' first appeal was perfected the trial court lost any jurisdiction to act in the case. *American Smelting & Refining Co. v. Arizona Air Pollution Control Hearing Board,* 113 Ariz. 243, 550 P.2d 621 (1976); *Burkhardt v. Burkhardt,* 109 Ariz. 419, 510 P.2d 735 (1973). As a result, the trial court lacked jurisdiction to enter its second dismissal order. If a lower court has no jurisdiction to issue an order an appeal from that order gives the appellate court no jurisdiction except to dismiss the appeal. *Rojas v. Kimble,* 89 Ariz. 276, 361 P.2d 403 (1961); *Ex Parte Coone,* 67 Ariz. 299, 195 P.2d 149 (1948). The Court of Appeals therefore properly dismissed petitioners' second appeal.

The order of the Court of Appeals dismissing petitioners' appeal is approved.

HOLOHAN, C.J., and HAYS, CAMERON and FELDMAN, JJ., concur.

Robert Royal, Tucson, for plaintiff/appellee.

Corey, Farrell & Bogutz, P.C. by Barry M. Corey, Tucson, for Joseph Corey, defendant/appellant.

Mark R. Christensen, Deputy County Atty., Pima County, Tucson, for Bd. of Supervisors, defendants/appellees.

PER CURIAM.

Absentee voting for the general election having commenced in Pima County, the issues of this appeal have been mooted and the appeal should be dismissed. *Rapier v. Superior Court of Greenlee County,* 97 Ariz. 153, 398 P.2d 112 (1964).

Appeal dismissed.

HOLOHAN, C.J., GORDON, V.C.J., and HAYS, CAMERON and FELDMAN, JJ., concur.

---

652 P.2d 1380

**Lucille WEBER, Plaintiff/Appellee,**

v.

**The BOARD OF SUPERVISORS OF PIMA COUNTY; Eugenia Wells, Clerk of the Board of Supervisors of Pima County, Defendants/Appellees,**

**Joseph COREY, Real Party In Interest, Defendant/Appellant.**

**No. 16228.**

Supreme Court of Arizona, En Banc.

Oct. 14, 1982.

---

652 P.2d 1380

**STATE of Arizona, Appellee,**

v.

**Frederick Francis THOMAS, Appellant.**

**No. 5170.**

Supreme Court of Arizona, In Banc.

Oct. 18, 1982.

Rehearing Denied Nov. 9, 1982.